United States Court of Appeals

For the Eighth Circuit

_____

No. 25-1646

_____

Devin Andrew Sires

*Plaintiff - Appellant*

v.

Tyson Foods, Inc.; Tyson Fresh Meats, Inc.

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Northern District of Iowa - Eastern

_____

Submitted: October 15, 2025
Filed: October 20, 2025
[Unpublished]

_____

Before SMITH, GRUENDER, and STRAS, Circuit Judges.

_____

PER CURIAM.

Iowa resident Devin Sires appeals following the district court's[1] adverse grant of summary judgment in this removed diversity action. Having carefully reviewed

_____

[1]The Honorable Leonard T. Strand, United States District Judge for the Northern District of Iowa.

the record and the parties' arguments on appeal, we find no basis for reversal. *See Torgerson v. City of Rochester*, 643 F.3d 1031, 1042 (8th Cir. 2011) (en banc) (standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____